This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CYNTHIA HAUGHT,**

Worker-Appellant,

v.  NO. 32,639

**SOUTHWEST CONVENIENCE STORES, and**
**NEW MEXICO MUTUAL CASUALTY COMPANY and**
**ST. PAUL/THE TRAVELERS,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Victor S. Lopez, Workers' Compensation Judge**

James Rawley
Albuquerque, NM

for Appellant

Miller Stratvert P.A.
Timothy R. Briggs
Albuquerque, NM

Allen, Shepherd, Lewis, & Syra P.A.
Kimberly A. Syra
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     DISMISSED.

{3}     **IT IS SO ORDERED.**


_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**M. MONICA ZAMORA, Judge**